RECEIVED
IN LAKE CHARLES, LA
AUG 11 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHERIE ANTOINE HARDIE** | : | **DOCKET NO. 2:05 CV 1543** |
| **VS.** | : | **JUDGE MINALDI** |
| **TARGET CORPORATION OF MINNESOTA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the motion for summary judgment filed by Target Corporation of Minnesota [doc. 14] is GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __11__ day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT